| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FINAL FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Matz, Howard A. | 2. Court or Organization Central District of California | 3. Date of Report 05/14/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Senior | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☐ Annual ☑ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2012 to 03/31/2013 |

**7. Chambers or Office Address**

U.S. District Court
312 N. Spring Street, Room 170
Los Angeles, CA 90012

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustor and Co-Trustee | ▨ Trust |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A. | 05/14/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A. | 05/14/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TRUST THREE | D | Int./Div. | O | T | | | | | |
| 2. AllianceBernstein Tax Mged | | | | | Sold (part) | 01/12/12 | J | A | |
| 3. AllianceBernstein Tax Mged | | | | | Sold (part) | 03/8/12 | J | A | |
| 4. AllianceBernstein Tax Mged | | | | | Sold (part) | 04/12/12 | J | A | |
| 5. AllianceBernstein Tax Mged | | | | | Sold (part) | 07/26/12 | J | A | |
| 6. AllianceBernstein Tax Mged | | | | | Sold (part) | 11/06/12 | J | A | |
| 7. AllianceBernstein Tax Mged | | | | | Buy | 12/21/12 | J | | |
| 8. IRA ONE | C | Int./Div. | M | T | | | | | |
| 9. AllianceBernstein Wealth Apprec | | | | | Sold (part) | 01/12/12 | J | A | |
| 10. AllianceBernstein Wealth Apprec | | | | | Buy | 04/12/12 | J | A | |
| 11. AllianceBernstein Wealth Apprec | | | | | Sold (part) | 07/26/12 | J | A | |
| 12. AllianceBernstein Wealth Apprec | | | | | Sold (part) | 11/06/12 | J | A | |
| 13. AllianceBernstein Wealth Apprec | | | | | Buy | 03/08/12 | J | | |
| 14. AllianceBernstein Wealth Apprec | | | | | Buy | 12/19/12 | J | | |
| 15. IRA TWO | C | Int./Div. | M | T | | | | | |
| 16. AllianceBernstein Wealth Apprec | | | | | Sold (part) | 01/12/12 | J | A | |
| 17. AllianceBernstein Wealth Apprec | | | | | Sold (part) | 04/12/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AllianceBernstein Wealth Apprec | | | | | Buy | 07/26/12 | J | A | |
| 19. AllianceBernstein Wealth Apprec | | | | | Sold (part) | 11/6/12 | J | A | |
| 20. AllianceBernstein Wealth Apprec | | | | | Buy | 03/08/12 | J | | |
| 21. AllianceBernstein Wealth Apprec | | | | | Buy | 12/19/12 | J | | |
| 22. TRUST ONE | D | Dividend | N | T | | | | | |
| 23. Artison Int'l | | | | | | | | | |
| 24. Blackrock Equity Div | | | | | | | | | |
| 25. General Electric | | | | | | | | | |
| 26. JP Morgan Mid Cap | | | | | | | | | |
| 27. Permanent Portfolio | | | | | Sold | 06/14/12 | J | B | |
| 28. Schwab Money Fund | | | | | | | | | |
| 29. Verizon Comm. | | | | | | | | | |
| 30. Walt Disney | | | | | | | | | Donated 88 shares |
| 31. Fidelity Contra | | | | | | | | | |
| 32. Morgan Stanley Int'l. Mid Cap Growth | | | | | Sold | 12/14/12 | J | B | |
| 33. Oakmark Int'l. Small Cap | | | | | | | | | |
| 34. Dodge & Cox Int'l Stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Frontier Comm Corp | | | | | | | | | |
| 36. Marketfield Fund | | | | | Buy | 06/15/12 | J | | |
| 37. Rivernorth Core Opp | | | | | | | | | |
| 38. EMI Large Cap | | | | | Buy | 06/28/12 | J | | |
| 39. IRA ROLLOVER | E | Dividend | P1 | T | | | | | |
| 40. Artisan Intl. Fund | | | | | | | | | |
| 41. JP Morgan Mid Cap | | | | | | | | | |
| 42. MS Inst. Mid Cap Growth | | | | | Sold | 11/20/12 | L | D | |
| 43. Oakmark Intl. Small Cap | | | | | | | | | |
| 44. Permanent Portfolio | | | | | Sold | 06/14/12 | L | E | |
| 45. Schwab Money Fund | | | | | | | | | |
| 46. Black Rock Equity Div | | | | | Buy | 06/28/12 | J | | |
| 47. Fidelity Contra Fund | | | | | Buy | 06/28/12 | J | | |
| 48. UBS E-Tracs Alerian MLP | | | | | | | | | |
| 49. Marketfield Fund | | | | | Buy | 06/15/12 | L | | |
| 50. RiverNorth Core Opp Fund | | | | | | | | | |
| 51. EMI Large Cap | | | | | Buy | 06/12/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Aston/River Road Ind. Value | | | | | Buy | 06/15/12 | K | | |
| 53. Loomis Sayles Small Cap Growth | | | | | | | | | |
| 54. Touchstone Small Cap | | | | | | | | | |
| 55. Aberdeen Emerging Mkts | | | | | Sold | 06/11/12 | K | A | |
| 56. Aberdeen Emerging Mkts | | | | | Sold | 06/22/12 | K | A | |
| 57. Nuveen Tradewinds Global | | | | | Sold | 03/26/12 | L | A | |
| 58. Cambiar Aggressive Value | | | | | Buy | 03/23/12 | L | | |
| 59. Cambiar Aggressive Value | | | | | Sold | 06/27/12 | K | A | |
| 60. Wasatch Emerging Mkts Small Cap | | | | | Buy | 06/25/12 | K | | |
| 61. EMI Large Cap | | | | | Buy | 06/28/12 | K | | |
| 62. ING Mid Cap Opportunities | | | | | Buy | 11/21/12 | L | | |
| 63. TRUST NO. TWO | E | Interest | O | T | | | | | |
| 64. Oppenheimer M/M | | | | | | | | | |
| 65. Whittier CA Bon | | | | | | | | | |
| 66. Salinas Cop | | | | | Buy | 09/12/12 | K | | |
| 67. Contra Costa LA Bond (20 left) | | | | | Redeemed (part) | 08/1/12 | K | | |
| 68. Upland CA Bond | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Cal EDL Fac 5.25% 4/1/24 | | | | | | | | | |
| 70. Windsor RDA | | | | | Buy | 07/16/12 | K | | |
| 71. West Covina RDA | | | | | Buy | 03/19/12 | L | | |
| 72. Torrance CA Bond | | | | | | | | | |
| 73. Capistrano CA Bond | | | | | | | | | |
| 74. South Tahoe | | | | | | | | | |
| 75. San Marcos PFA | | | | | Buy | 02/23/12 | K | | |
| 76. Cerritos CA Bond | | | | | | | | | |
| 77. Willis CA Bond | | | | | | | | | |
| 78. Norwalk RDA | | | | | Buy | 02/23/12 | K | | |
| 79. Temecula PFA | | | | | Buy | 02/22/12 | K | | |
| 80. Calif. Stwde 5.75% (State Water Dev.) | | | | | | | | | |
| 81. Encinitas SPI Tax | | | | | Buy | 02/22/12 | L | | |
| 82. Bell Gardens 5% | | | | | | | | | |
| 83. Cal EDL 5 10/1/36 | | | | | Sold | 09/26/12 | K | | |
| 84. Calif. State G.O. 4.25 12/01/35 | | | | | Sold | 03/15/12 | L | | |
| 85. Calif. State G.O. 4.25 8/01/33 | | | | | Sold | 02/17/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Montclair | | | | | Sold | 01/09/12 | K | | |
| 87. Temecula | | | | | Redeemed | 09/04/12 | K | | |
| 88. Encinitas SPL Tax | | | | | Redeemed | 09/04/12 | K | | |
| 89. Cupertino | | | | | Redeemed | 06/12/12 | K | | |
| 90. Bonita Cyn | | | | | Redeemed | 03/01/12 | K | | |
| 91. Calif. Health 5.375 8/15/30 | | | | | Redeemed | 02/15/12 | K | | |
| 92. Cal EDL 5.25 4/01/24 | | | | | Redeemed | 01/18/12 | K | | |
| 93. TRUST NO. 6 | B | Interest | L | T | | | | | |
| 94. TIAA-CREF | D | Interest | N | T | | | | | |
| 95. Israel Bonds | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A. | 05/14/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Howard A. Matz**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544